UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Daniel Buccellato

    v.                                                Civil No. 14-cv-335-SM

Carolyn W. Colvin, Acting
Commissioner, United States
Social Security Administration


**O R D E R**

Claimant Daniel Buccellato, has filed this action, pursuant to 42 U.S.C. § 405(g), challenging an adverse decision of the Social Security Administration ("SSA"). Because Buccellato is a prisoner proceeding in forma pauperis, the matter is before the court for preliminary review pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1).

**Discussion**

Buccellato is represented by counsel, and counsel has prepared the complaint (doc. no. 1) in this matter. The complaint asserts that Buccellato is appealing a final administrative decision of the SSA denying Buccellato's claim. The complaint also asserts facts sufficient to demonstrate that this action is timely filed. Accordingly, the requirements for

seeking judicial review of a final decision of the SSA have been met, see 42 U.S.C. § 405(g), and this action may proceed.

Pursuant to 28 U.S.C. § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure, the Office of the United States Marshals for the District of New Hampshire ("U.S. Marshal's office") is directed to effect service of the complaint in this matter on the United States Attorney for the District of New Hampshire, the Attorney General of the United States, and the SSA.  See Fed. R. Civ. P. 4(i)(1) and (2).

Plaintiff has attached summons forms to the complaint in this matter for the Attorney General of the United States and for the SSA, but has not completed a form for the United States Attorney for the District of New Hampshire.  Claimant is directed to submit a summons form for the United States Attorney for the District of New Hampshire within thirty days of the date of this order.

The clerk's office is directed to issue the summonses for the Attorney General of the United States and for the SSA, and, upon receipt, for the United States Attorney for the District of New Hampshire.  The clerk's offfice is further directed to forward copies of the summonses, the complaint (doc. no. 1), and this order, to the U.S. Marshal's office.  The U.S. Marshal's

office is directed to effect service of the documents listed above in accordance with Fed. R. Civ. P. 4(i)(1) and (2); 20 C.F.R. § 423.1(a); and SSA GN 03106.020, available at https://secure.ssa.gov/apps10/poms.nsf/links/0203106020.

**SO ORDERED.**

_____
Andrea K. Johnstone
United States Magistrate Judge

October 16, 2014

cc: D. Lance Tillinghast, Esq.